IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

APRIL CARLISLE                                                                                       PLAINTIFF

V.                                              NO. 11-5265

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                          DEFENDANT

## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ and dismisses Plaintiff's complaint with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 7th day of November, 2012.

*/s/ Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**